UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-1840-PGB-EJK

HOWARD COHAN,

Plaintiff,

vs.

OFFICE DEPOT, LLC

Defendant.

_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan, and Defendant, Office Depot, LLC, pursuant to their prior Joint Motion to Approve Settlement (doc. 11), the Court's subsequent Order (doc. 12) denying the parties' Joint Motion without prejudice, and the parties having now agreed to waive the condition of Court approval and reservation of jurisdiction over their settlement, now pursuant to the Order and Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with prejudice, and without any award of attorneys' fees and costs to either party.

Dated:  December 8, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Gregory S. Sconzo*<br>Gregory S. Sconzo, Esq.<br>Florida Bar No.: 0105553<br>E-Mail: greg@sconzolawoffice.com<br>Samantha Simpson, Esq.<br>Florida Bar No.: 1010423<br>Email: samantha@sconzolawoffice.com<br>Sconzo Law Office, P.A.<br>3825 PGA Blvd., Suite 207<br>Palm Beach Gardens, Florida  33410<br>Telephone: (561)  729-0940<br>Facsimile (561) 491-9459<br>*ATTORNEYS FOR PLAINTIFF* | /s/ Courtney B. Wilson<br>Courtney B. Wilson, Esq.<br>Florida Bar No. 614580<br>E-Mail:  cwilson@littler.com<br>Secondary:  ergarcia@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone:  305.400.7500<br>Facsimile:  305.603.2552<br><br>*ATTORNEYS FOR DEFENDANT* |